**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00997-CV

**NOYE DVONYOTTO AND KIMBERLY DVONOYOTTO, Appellants**

**V.**

**WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. JE-005-1746-2012**

## ORDER

The Court has before it appellants' February 21, 2013 expedited motion for extension and leave to file brief out of time. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief within ten days of the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE